UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : | Crim. No. 19-105 |
| --- | --- | --- |
| v. | : | Hon. Esther Salas |
| TROY BELL | : | <u>ORDER</u> |

Upon the Court's sua sponte motion for a hearing to determine defendant's competence to stand trial pursuant to Title 18, United States Code, Section 4241; the United States, by Craig Carpenito, United States Attorney for the District of New Jersey (Olajide A. Araromi, Assistant United States Attorney, appearing), in the presence of Kevin F. Carlucci, attorney for defendant, the Court finds by a preponderance of the evidence that the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, for good cause shown and upon consent of counsel:

IT IS, therefore, on this 18th day of December, 2019,

ORDERED, pursuant to Title 18, United States Code, Section 4241(d)(1) and Title 18, United States Code, Section 4241(d)(2), that the defendant shall be committed to the custody of the Attorney General. The Attorney General shall hospitalize the defendant for treatment in a suitable facility—

- 1 -

i. for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward; and

ii. for additional reasonable period of time until—

   a. his mental condition is so improved that trial may proceed, if the court finds that there is substantial probability that within such additional period of time he will attain the capacity to permit the proceedings to go forward; or

   b. the pending charge against him is disposed of according to law; whichever is earlier.

_____
HONORABLE ESTHER SALAS
United States District Judge